IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LELUND FRAZIER,

    Plaintiff,

v.

DON STRAHOTA, Security Dir. and
C.O. 3 BEASLEY,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-559-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case because it fails to state a claim on which relief may be granted.

_____  _____
Peter Oppeneer, Clerk of Court      4/18/11
                                                        Date